KATE MARBREIT, as Executrix of ERWIN MARBREIT, Deceased, Appellant, v. HARRY R. GREENBERG et al., Respondents. HARRY R. GREENBERG et al., Appellants, v. KATE MARBREIT, as Executrix of ERWIN MARBREIT, Deceased,

Appellant, and LAWRENCE S. TIMEN et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.